USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Rafael Almonte,

                    Defendant.

17-cr-440 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has been informed that there is difficulty in providing Mr. Almonte remote access to the conference scheduled for September 14, 2021, at 11:30 a.m.  The conference is therefore adjourned to September 28, 2021, at 12:30 p.m. in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.  The Court intends to conduct that conference in person unless a party demonstrates a specific reason why the conference should be conducted remotely.

    SO ORDERED.

Dated: September 14, 2021
       New York, New York

_____
         ALISON J. NATHAN
     United States District Judge